**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSETTE DESIREE CATLETT,**<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social Security**<br>**Administration,**<br>　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  14-4244** |

**<u>O R D E R</u>**

　　　**AND NOW**, this 26th day of October, 2015, upon consideration of Plaintiff's Request for Review, the record in this case, and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated September 30, 2015, there being no objection, and good cause appearing, **IT IS ORDERED** as follows:

　　　1.　　　The Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated September 30, 2015, is **APPROVED** and **ADOPTED**;

　　　2.　　　Plaintiff's Request for Review is **GRANTED** to the extent that it seeks a remand, and **DENIED** in all other respects; and,

　　　3.　　　The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated September 30, 2015.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**